UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GERGELY HAASZ,

Plaintiff

v.

MALCOLM, et. al.,

Defendants

Case No. 3:25-cv-00396-MMD-CLB

**ORDER**

## I.   DISCUSSION

According to the Washoe County Detention Center inmate database[1], Plaintiff is no longer incarcerated. *Inmate Search*, https://washoesheriff.com/inmate-search.php (last visited Apr. 8, 2026). However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to the Court's Local Rules, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Consequently, the Court grants Plaintiff until **Friday, May 8, 2026,** to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **Friday, May 8, 2026,** the Court will recommend that the case be dismissed.

Additionally, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates, (ECF No. 1), as moot because the application is on a form reserved for

[1]   According to the Nevada Department of Corrections inmate database, Plaintiff is also not incarcerated at a state correctional facility. *NDOC Offender Search,* https://ofdsearch.doc.nv.gov/ (last visited Apr. 8, 2026). The Court may take judicial notice of public information on websites hosted by Washoe County and the NDOC. *See U.S. v. Basher*, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of public information on the Bureau of Prisons inmate locator website); *Foley v. Martz,* No. 3:18-cv-02001-CAB-AGS, 2018 WL 5111998, at *1 n.1. (S.D. Cal. Oct. 19, 2018) (taking judicial notice of information on California Dept. of Corrections and Rehabilitation inmate locator website).

incarcerated litigants and Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **Friday, May 8, 2026**, or pay the full filing fee of $405.

**II.   CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file an updated address with the Clerk of the Court by on or before **Friday, May 8, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* for inmates, (ECF No. 1), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Friday, May 8, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this order, this case will be subject to dismissal without prejudice.

**DATED**: April 8, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**